UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

YANKUI GAO,

                        Plaintiff,

        v.

MARKWAYNE MULLIN, Secretary of the
Department of Homeland Security; [1]
ANGELICA ALFONSO-ROYALS, Director of
The United States Citizenship and Immigration
Services; and TERRI ROBINSON, Director of
National Benefits Center USCIS,

                        Defendants.

------------------------------------------------------------------------x

**STIPULATION OF
DISMISSAL
<u>WITHOUT PREJUDICE</u>**

Civil Action No.
26-cv-1601
(Cho, M.J.)

       IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-

captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: New York, New York
       April 6, 2026

                    LAW OFFICE OF BINGXIN HUANG-ETTARI
                    *Attorney for Plaintiffs*
                    2 Mott Street, Suite 400
                    New York, New York 10013

             By:     /s/ *Bingxin Huang*
                    Bingxin Huang, Esq.
                    (347) 618-9232
                    huangettarilaw@gmail.com

---

[1] Pursuant to Fed. R. Civ. P. 25(d), the successor of a party who is a public official is automatically substituted as the party to the suit. Accordingly, Markwayne Mullin, the current Secretary of the Department of Homeland Security, has been substituted for former Secretary Kristi Noem.

Dated: Central Islip, New York
April 6, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Attorney for Defendants*
610 Federal Plaza, 5th Fl.
Central Islip, New York 11722

By: MARY DICKMAN
Digitally signed by MARY DICKMAN
Date: 2026.04.06 18:03:34 -04'00'

Mary M. Dickman
Assistant U.S. Attorney
(631) 715-7863
mary.dickman@usdoj.gov

SO ORDERED
4/7/2026
*James R. Cho*
United States Magistrate Judge